■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BLAKE, Appellant. — Judgment, Supreme Court, Bronx County (Florio, J.), rendered on April 27, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Ross, Silverman, Bloom and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BETHEA, Appellant. — Judgment, Supreme Court, Bronx County (Koenig, J.), rendered on March 26, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Carro, J. P., Markewich, Lupiano and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY PARRO, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on January 27, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Carro, J. P., Markewich, Lupiano and Milonas, JJ.